USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREW TORO, on behalf of himself
and all others similarly situated,

                    Plaintiff,                    23-CV-0846 (PAE) (KHP)

    -against-

                                                         **ORDER**

SALT OPTICS, INC.,

                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On April 20, 2023, the Court issued a scheduling order setting August 21, 2023 as the deadline for discovery and requesting a joint status letter by May 22, 2023. No joint status letter was filed, and the parties have not communicated with the Court since the Initial Case Management Conference.

       By **Friday, February 16, 2024**, the parties shall file a joint status letter advising the Court of the status of this case. Plaintiff is advised that failure to file a status letter by the deadline may result in sanctions, up to and including dismissal of this case for failure to prosecute.

       **SO ORDERED.**

DATED:     New York, New York
                February 12, 2024

                                            *Katharine H Parker*
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge